IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| PAULA HITCHCOCK, | § § § | |
| Plaintiff | § § | |
| vs. | § § | NO. 5:07cv179 |
| | § | **JURY DEMAND** |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, | § § § | |
| Defendant | § § | |

O R D E R

On this date, came on to be heard, the Plaintiff's Motion for NonSuit without prejudice. After careful review of said Motion, the Court is of the opinion that good cause has been shown and that same should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for NonSuit be in all things granted. Plaintiff retains the right to re-file same within the applicable Statute of Limitation. All costs of Court to be borne by the party incurring the same.

**SIGNED this 29th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE